1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION        ***E-FILED - 6/6/07***

12 YIJIA WANG and                    )
   her husband Hal Ngo,              ) No. C 07-1378 RMW
13                                   )
              Plaintiffs,            )
14                                   )
         v.                          ) **PARTIES' JOINT REQUEST TO BE**
15                                   ) **EXEMPT FROM FORMAL ADR**
   ALBERTO GONZALES, Attorney General ) **PROCESS  AND ORDER**
16 of the United States;              )
   MICHAEL CHERTOFF, Secretary of the )
17 Department of Homeland Security;   )
   EMILIO GONZALEZ, Director of United States )
18 Citizenship and Immigration Services; )
   ROBERT MUELLER, Director of the Federal )
19 Bureau of Investigations;          )
   ROBERT M. COWAN, Director of the Missouri )
20 Service Center/National Benefits Center; )
   DAVID STILL, District Director of the USCIS )
21 San Francisco District Office,     )
                                      )
22            Defendants.             )
                                      )
23 ─────────────────────────────────

24     Each of the undersigned certifies that he or she has read either the handbook entitled

25 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

26 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

27 resolution options provided by the court and private entities, and considered whether this case

28 might benefit from any of them.  Here, the parties agree that referral to a formal ADR process will

Parties' Joint Request for Exemption
C07-1378 RMW                              1

not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: May 23, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: May 22, 2007

_____/s/_____
TRICIA WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 6/6/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Parties' Joint Request for Exemption
C07-1378 RMW                    2