1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7 |
Attorneys for Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION         ***E-FILED - 6/12/07***

12 | YIJIA WANG and                    )
her husband Hal Ngo,              ) No. C 07-1378 RMW
13 |                                   )
Plaintiffs,                   )
14 |                                   )
v.                            ) **STIPULATION TO EXTEND DATE OF**
15 |                                   ) **CASE MANAGEMENT CONFERENCE;**
ALBERTO GONZALES, Attorney General ) **AND [] ORDER**
16 | of the United States;             )
MICHAEL CHERTOFF, Secretary of the )
17 | Department of Homeland Security;  )
EMILIO GONZALEZ, Director of United States )
18 | Citizenship and Immigration Services; )
ROBERT MUELLER, Director of the Federal )
19 | Bureau of Investigations;         )
ROBERT M. COWAN, Director of the Missouri )
20 | Service Center/National Benefits Center; )
DAVID STILL, District Director of the USCIS )
21 | San Francisco District Office,   )
                                  )
22 | Defendants.                   )
                                  )
23 |

24 | Plaintiff, by and through their attorney of record, and Defendants, by and through their

25 | attorneys of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of

26 | the case management conference. The parties agree that there is a reasonable likelihood that this

27 | case can be administratively resolved in the next 60 days and that the case will be moot.

28 | Accordingly, the parties respectfully ask this Court to extend the date of the Case Management

Stip. to Extend Dates
C07-1378 RMW                              1

Conference by 60 days.  If the case becomes moot, the parties will file a stipulation to dismiss.  If the case if not administratively resolved, the parties will file a joint case management conference statement 7 days in advance of the re-scheduled Case Management Conference.

Dated: June 8, 2007                    Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney


                                       _____/s/_____
                                       ILA C. DEISS
                                       Assistant United States Attorney
                                       Attorney for Defendants


Dated: June 8, 2007                    _____/s/_____
                                       TRICIA WANG
                                       Attorney for Plaintiff


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to August 17, 2007 at 10:30 a.m.  The parties shall file a joint case management statement 7 days prior to the conference.


Date:  6/12/07                         *Ronald M. Whyte*
                                       RONALD M. WHYTE
                                       United States District Judge

Stip. to Extend Dates
C07-1378 RMW                                    2