```
Tricia Wang (CA Bar No: 178473)
LAW OFFICE OF TRICIA WANG
39159 Paseo Padre Parkway, Suite 205
Fremont, CA 94538
Telephone: (510) 791-0232
Fax: (510) 791-5609
```

Attorney for Plaintiffs:   Yijia WANG
                                          And her husband Hal NGO

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE, CALIFORNIA

| | |
|---|---|
| Yijia WANG<br>And her husband Hal NGO<br><br>    Plaintiffs,<br><br>vs.<br><br>Alberto Gonzales, Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzalez Director of United States Citizenship & Immigration Services; Robert Meuller, Director of the Federal Bureau of Investigations; Robert M. Cowan, Director of the Missouri Service Center/National Benefits Center, David Still, District Director of the USCIS San Francisco District Office<br><br>    Defendants | ***E-FILED - 9/26/07***<br><br>Case No. C-07-1378 RMW<br><br>MOTION TO CLOSE THE CASE; AND []<br>ORDER |

The Plaintiff Yijia Wang and her husband Hal Ngo (hereinafter "Plaintiffs"), by and through their undersigned counsel, hereby respectfully petition this Honorable Court to close their case filed on March 8, 2007 without prejudice.

Respectfully submitted,

Date:  August 21, 2007                                            ____/s/_____
                                                                              Tricia Wang
                                                                              Attorney for Plaintiffs

**ORDER**

Pursuant to the motion by the Plaintiffs, IT IS SO ORDERED.

Dated: September 26, 2007

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge